```
 1 | ANDREW S. ELLIOTT (State Bar No. 254757]
   | ase@severson.com
 2 | SEVERSON & WERSON
   | A Professional Corporation
 3 | 595 Market Street, Suite 2600
   | San Francisco, California 94105
 4 | Telephone: (415] 398-3344
   | Facsimile: (415] 956-0439
 5 |
   | Attorneys for Defendants 1850 BRYANT LAND
 6 | LLC, CHRISTOPHER PAUL FOLEY AND
   | DOUGLAS ROSS
 7 |
 8 |            UNITED STATES DISTRICT COURT
 9 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10 |
11 | UNITED STATES OF AMERICA, ex rel.     Case No. 3:21-cv-05742-RS
   | LEIASA BECKHAM, and STATE OF
12 | CALIFORNIA, ex rel. LEIASA BECKHAM,   Declaration of William Rogers
13 |         Plaintiff,
14 |     vs.
15 | 1850 BRYANT LAND LLC, KASLOFSKY
   | & ASSOCIATES LLC, THURSTON
16 | KASLOFSKY, CHRISTOPHER PAUL
   | FOLEY, DOUGLAS ROSS, SAN
17 | FRANCISCO COMMUNITY INVESTMENT
   | FUND, CITY AND COUNTY OF SAN
18 | FRANCISCO, and NAOMI KELLY,
19 |         Defendant.
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```

13237.0001/16245967.1                                         Case No. 3:21-cv-05742-RS

DECLARATION

I, William Rogers, declare as follows:

1. I am the President and Chief Executive Officer at Goodwill of the San Francisco Bay ("Goodwill"). I have been in this role since 2016. I have personal knowledge of the facts set forth below and, if called upon to do so, I could and would testify competently about those facts.

2. On behalf of Goodwill, I discussed with 1850 Bryant Land, LLC the development of a condominium project at 1850 Bryant Street, San Francisco, CA (the "1850 Bryant Project"), whereby Goodwill would contribute capital to purchase its own condominium unit.

3. Goodwill ultimately decided not to move forward with the 1850 Bryant Project.

4. Goodwill never obtained or received grant funds or any other public money to purchase its own condominium unit at or for the development of the 1850 Bryant Project.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on Sep 28, 2022.

*William Rogers (Sep 28, 2022 09:03 PDT)*

William Rogers

5199092.1

# 1850 Bryant-Beckham - declaration (Goodwill Rogers declaration clean 09.26.2022)

Final Audit Report                                                                 2022-09-28

| | |
|---|---|
| Created: | 2022-09-26 |
| By: | Michelle Elston (melston@sfgoodwill.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_f51tesJ6T4SEykNl-wYMELTfEKrN844 |

## "1850 Bryant-Beckham - declaration (Goodwill Rogers declaration clean 09.26.2022)" History

- Document created by Michelle Elston (melston@sfgoodwill.org)
  2022-09-26 - 10:50:21 PM GMT

- Document emailed to William Rogers (wrogers@sfgoodwill.org) for signature
  2022-09-26 - 10:50:47 PM GMT

- Email viewed by William Rogers (wrogers@sfgoodwill.org)
  2022-09-28 - 4:03:44 PM GMT

- Document e-signed by William Rogers (wrogers@sfgoodwill.org)
  Signature Date: 2022-09-28 - 4:03:59 PM GMT - Time Source: server

- Agreement completed.
  2022-09-28 - 4:03:59 PM GMT

Adobe Acrobat Sign