1  Rob Bonta, SBN 202668
   Attorney General of California
2  Frederick W. Acker, SBN 208109
   Supervising Deputy Attorney General
3    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
4    Telephone: (415) 510-3361
     Fax: (415) 703-5480
5    E-mail: Rick.Acker@doj.ca.gov
   *Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, and STATE OF CALIFORNIA, *ex rel.* LEIASA BECKHAM,, <br><br> Plaintiffs, <br><br> v. <br><br> 1850 BRYANT LAND LLC, KASLOFSKY & ASSOCIATES LLC, THURSTON KOSLOFSKY, CHRISTOPHER PAUL FOLEY, DOUGLAS ROSS, SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY, <br><br> Defendants. | CASE NO.: 3:21-cv-05742-RS <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

**Please take notice** pursuant to Civil Local rule 5-1(c)(2)(B) that, effective immediately, Frederick W. Acker will replace Dan S. Noel as counsel of record for the State of California. The updated contact information for counsel for the State of California is as follows:

   Frederick W. Acker
   Supervising Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone: (415) 510-3361
   Fax: (415) 703-5480
   E-mail: Rick.Acker@doj.ca.gov

| | | |
|---|---|---|
| 1 | Dated: August 29, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | |
| 4 | | */Frederick W. Acker/* |
| 5 | | FREDERICK W. ACKER<br>Supervising Deputy Attorney General |
| 6 | | *Attorneys for the State of California* |

SF2021304190

# CERTIFICATE OF SERVICE

Case Name: **Beckham v. 1850 Bryant Land LLC**    No.   **CV 21 5742**

I hereby certify that on August 29, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SUBSTITUTION OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 29, 2023, at San Francisco, California.

Zainub Tayeb
Declarant

/Signature

SF2021304190
43854783.docx