DAVID CHIU, State Bar #189542
City Attorney
WAYNE SNODGRASS, State Bar #148137
THOMAS S. LAKRITZ, State Bar #161234
MIGUEL A. GRADILLA, State Bar #304125
KARUN TILAK, State Bar #323939
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:	(415) 554-4628 (Lakritz)
		(415) 554-3870 (Gradilla)
		(415) 355-3308 (Tilak)
Facsimile:	(415) 554-4699
E-mail:	tom.lakritz@sfcityatty.org
		miguel.gradilla@sfcityatty.org
		karun.tilak@sfcityatty.org

Attorneys for Defendants
SAN FRANCISCO COMMUNITY INVESTMENT FUND,
CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, and STATE OF CALIFORNIA, ex rel. LEIASA BECKHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>1850 BRYANT LAND LLC, KASLOFSKY & ASSOCIATES LLC, THURSTON KASLOFSKY, CHRISTOPHER PAUL FOLEY, DOUGLAS ROSS, SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY,<br><br>Defendants. | Case No. 3:21-cv-05742-RS (DMR) (AGT)<br><br>**NOTICE OF APPEARANCE OF THOMAS S. LAKRITZ**<br><br>**AND**<br><br>**NOTICE OF CHANGE OF ADDRESS OF THOMAS S. LAKRITZ**<br><br>Trial Date:      September 8, 2025 |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy City Attorney THOMAS S. LAKRITZ is appearing on behalf of Defendants SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY.

PLEASE TAKE FURTHER NOTICE that the contact information for Deputy City Attorney THOMAS S. LAKRITZ has changed to the following:

Thomas S. Lakritz
Deputy City Attorney
Office of the City Attorney of San Francisco
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone: (415) 554-4628
Facsimile: (415) 554-4699
E-Mail:  tom.lakritz@sfcityatty.org

Henceforth, include Thomas S. Lakritz on all proofs of service and communications in this matter.

Dated:  January 25, 2024

>DAVID CHIU
>City Attorney
>WAYNE SNODGRASS
>THOMAS S. LAKRITZ
>MIGUEL A. GRADILLA
>KARUN TILAK
>Deputy City Attorneys
>
>By:  s/Thomas S. Lakritz
>     THOMAS S. LAKRITZ
>
>Attorneys for Defendants
>SAN FRANCISCO COMMUNITY
>INVESTMENT FUND, CITY AND COUNTY
>OF SAN FRANCISCO, and NAOMI KELLY