**William K. Hanagami**
**HANAGAMI LAW, APC**
**913 Tahoe Boulevard, Suite 5**
**Incline Village, NV 89451-7414**
**(833) 716-8570 / (833) 716-8569** *FAX*
**Bill@Hanagami.com**

**Byron T. Ball**
**THE BALL LAW FIRM**
**100 Wilshire Boulevard, Suite 700**
**Santa Monica, CA 90401-3602**
**(310) 980-8039**
**btb@balllawllp.com**

Attorneys for Plaintiff and *Qui Tam* Relator,
Leiasa Beckham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>1850 BRYANT LAND LLC, et al.,<br><br>Defendants. | CASE NO.: 3:21-cv-05742-RS-DMR<br><br>RELATOR'S UNOPPOSED APPLICATION TO MODIFY THE CHIEF MAGISTRATE JUDGE'S AUGUST 19, 2024 ORDER [DKT. 110] TO EXTEND THE TIME FOR RELATOR TO SERVE HER UPDATED SETTLEMENT CONFERENCE BRIEF, AND DEFENDANTS' TIME TO MEET AND CONFER AND EMAIL THEIR JOINT RESPONSE THERETO |

COMES NOW, Plaintiff and Relator Leiasa Beckham (Relator), and submits this unopposed application to modify Chief Magistrate Judge Donna M. Ryu's August 19, 2024 Order (Dkt. 110) to (a) extend Relator's deadline to serve her updated settlement conference brief, originally due by September 13, 2024, to **October 4, 2024**, and (b) extend Defendants deadline to meet and confer and send their joint email response, originally due by September 20, 2024, to **October 11, 2024**.

This application is made to permit Relator time to seek replacement counsel to represent her in this action.

After advising Defendants' counsel of Relator's intent to file this Application,

-1-

Defendants' counsel requested Relator's counsel to notify the Court of the following Defendants' position:

> "Defendants take no position on Plaintiff's request that the deadline to serve an updated settlement brief be extended by 3 weeks to October 4, and that Defendants' deadline to meet and confer and indicate whether they are interested in further settlement discussions be likewise extended to October 11. Defendants oppose any further extensions. Defendants note that Plaintiff has had multiple years in this case (and the preceding state court litigation) to provide the citations and information requested by the Court in its August 19, 2024 Minute Order (ECF No. 110). Plaintiff's lead counsel, Mr. Hanagami, has represented her throughout this case, including signing the original complaint and the First, Second, and Third amended complaints, each of which alleges that Defendants entered into a Backroom Deal and defrauded the federal and state government of millions of dollars. His co-counsel, Mr. Ball, not only represents Plaintiff in this case but also represented her in the state court lawsuit. If the citations that the Court requested Plaintiff to provide in an updated settlement brief exist, providing them should not be contingent on the retention of new counsel."

Respectfully submitted,

THE BALL LAW FIRM
HANAGAMI LAW, A.P.C.

Dated: September 12, 2024      By: /s/William K. Hanagami
                                   William K. Hanagami
                                   Attorneys for Plaintiff and Qui Tam Relator,
                                   Leiasa Beckham