UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>1850 BRYANT LAND LLC, et al.,<br><br>Defendants. | CASE NO.: 3:21-cv-05742-RS-DMR<br><br>[PROPOSED] ORDER GRANTING RELATOR'S UNOPPOSED APPLICATION TO MODIFY THE CHIEF MAGISTRATE JUDGE'S AUGUST 19, 2024 ORDER [DKT. 110] |

<u>ORDER</u>

Having considered the Plaintiff and Relator Leiasa Beckham's (Relator) Unopposed Application to Modify the Chief Magistrate Judge's August 19, 2024 Order (Dkt. 110), and good cause appearing, the Court orders that the August 19, 2024 Order is modified in the following respects:

1. Relator's deadline to serve her updated settlement conference brief, originally due by September 13, 2024, is extended to **October 4, 2024**; and

2. Defendants's deadline to meet and confer and send their joint email response, originally due by September 20, 2024, is extended to **October 11, 2024**.

Dated: _____

The Honorable Donna M. Ryu
Chief Magistrate Judge

-1-