## DECLARATION OF BYRON T. BALL

I, BYRON T. BALL, declare as follows:

1. I am over the age of 18 and I know all of the following facts to be true based upon my own personal knowledge. If called upon, I could and would competently testify to the truth of the following facts.

2. I am a member of The Ball Law Firm, and am one of the attorneys of record for plaintiff and relator Leiasa Beckham (Relator) in the above-captioned action, and am duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California.

3. I make this declaration in support of my and William K. Hanagami's (collectively, "Counsel") motion to conditionally withdraw as counsel of record for Relator.

4. During September 2024, Relator provided Counsel with written Authorization to engage in Counsel's recommended settlement discussions with defendants subject to certain limitations. However, Relator engaged in activities that impeded Counsel's ability to engage in such negotiations, and recently made statements indicating that Relator would not consummate such authorized settlement if achieved. This has resulted in a breakdown in communications between Counsel and Realtor, such that I believe that I can not represent the best interests of Relator in this action consistent with my legal and ethical obligations.

5. As of the date of the declaration, I have not been presented with a Substitution of Attorney from a licensed attorney.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was signed on October 4, 2024.

*/s/ Byron T. Ball*
Byron T. Ball

-1-

DECLARATION OF BYRON T. BALL