UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>1850 BRYANT LAND LLC, et al.,<br><br>Defendants. | CASE NO.: 3:21-cv-05742-RS-DMR<br><br>[PROPOSED] ORDER GRANTING MOTION OF WILLIAM K. HANAGAMI AND BYRON T. BALL TO CONDITIONALLY WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND RELATOR LEIASA BECKHAM, AND TAKE OFF-CALENDAR SCHEDULED DATES IN THIS ACTION<br><br>DATE:   November 14, 2024<br>TIME:   1:30 p.m.<br>CRTRM: 3 |

ORDER

Having considered the Motion of William K. Hanagami and Byron T. Ball (collectively, "Counsel") to withdraw as counsel of record for plaintiff and relator Leiasa Beckham (Relator), and the responses thereto, the Court finds the good cause exists to grant said motion and Orders the following:

1. Counsel will conditionally withdraw as Relator's counsel of record as of December 2, 2024 to give Relator time to retain replacement counsel. Until December 2, 2024, counsel will forward to Relator all documents served upon them in this action, unless

-1-

1  and until Relator appears through replacement counsel on or before December 2, 2024.
2  Counsel must notify Relator of this condition. Any filed consent by Relator to Counsel's
3  withdrawal under these circumstances must include acknowledgment of this condition.
4      2.   The deadlines in Initial Case Management Scheduling Order (Doc. 98) and
5  Judge Ryu's Order (Doc. 112) are taken off-calendar.

7  Dated: _____
                                                        United States District Judge