1                                  <u>PROOF OF SERVICE BY MAIL</u>

2 STATE OF NEVADA          )

                                 )

3 COUNTY OF WASHOE      )

4        I, the undersigned, certify and declare that I am over the age of 18 years, employed in the

5 County of Washoe, State of Nevada, and not a party to the above-entitled cause.

6        On October 4, 2024, I served a true copy of:

7 **NOTICE O MOTION, MOTION OF WILLIAM K. HANAGAMI AND BYRON T. BALL**

  **TO CONDITIONALLY WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND**

8 **RELATOR LEIASA BECKHAM, AND TO TAKE OFF-CALENDAR SCHEDULED DATES**

  **IN THIS ACTION; MEMORANDUM OF POINTS AND AUTHORITIES AND**

9 **DECLARATIONS IN SUPPORT; [PROPOSED] ORDER**

10 by depositing it in the United States Mail at Incline Village, Nevada in a sealed envelope with the

11 postage thereon fully prepaid addressed to the following:

12 Leiasa Beckham                                 Plaintiff and Relator

  824 Green Street

13 San Francisco, CA 94133-3717

14        Executed on October 4, 2024 at Incline Village, Nevada.

15        I hereby certify that I am a member of the Bar of the United States District Court, Northern

16 District of California.

17        I hereby certify under the penalty of perjury under the laws of the United States that the

18 foregoing is true and correct.

19                                        */s/William K. Hanagami*

                                      William K. Hanagami

20

21

22

23

24

25

26

27

28