**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2024, I electronically transmitted the attached document to the United States District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| **Savith Iyengar** (savith.iyengar@usdoj.gov, iriana.tamayo@usdoj.gov, CaseView.ECF@usdoj.gov)<br>**Daniel Kastner** (daniel.w.kastner@usdoj.gov) | Attorneys for Plaintiff, United States of America |
| **Frederick Wayne Acker** (Rick.Acker@doj.ca.gov) | Attorneys for Plaintiff, State of California |
| **Andrew S. Elliott** (ase@severson.com, sfcalendar@severson.com)<br>**Elizabeth Farrell** (ecf@severson.com, lnj@severson.com) | Attorneys for Defendants, 1850 Bryant Land LLC, Christopher Foley, Douglas Ross |
| **Miguel Angel Gradilla** (miguel.gradilla@sfcityatty.org, cmplxafflit@recap.email, bianca.rojo@sfcityatty.org, sarah.gutierrez@sfcityatty.org, pamela.cheeseborough@sfcityatty.org, christine.hoang@sfcityatty.org)<br>**Thomas Spencer Lakritz** (tom.lakritz@sfcityatty.org, holly.chin@sfcityatty.org, elizabeth.Coolbrith@sfcityatty.org, kathleen.hill@sfcityatty.org, odaya.buta@sfcityatty.org, anita.murdock@sfcityatty.org)<br>**Karun Tilak** (karun.tilak@sfcityatty.org, cmplxafflit@recap.email, bianca.rojo@sfcityatty.org, Christine.Hoang@sfcityatty.org, sarah.gutierrez@sfcityatty.org, sara.eisenberg@sfcityatty.org) | Attorneys for Defendants, City and County of San Francisco, San Francisco Community Investment Fund, Naomi Kelly |
| **Aaron Ramon Jackson** (aaron@jacksonlawsf.com) | Attorneys for Defendants, Kaslofsky & Associates LLC, Thurston Kaslofsky |
| **Byron T. Ball** (btb@balllawllp.com, jhall@balllawllp.com) | Co-Counsel for Plaintiff and Relator, Leiasa Beckham |

*/s/William K. Hanagami*
William K. Hanagami

PROOF OF SERVICE BY MAIL

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Washoe, State of Nevada, and not a party to the above-entitled cause.

On October 4, 2024, I served a true copy of:

**NOTICE OF CHANGE OF ADDRESS AND OTHER CONTACT INFORMATION OF WILLIAM K. HANAGAMI**

by depositing it in the United States Mail at Incline Village, Nevada in a sealed envelope with the postage thereon fully prepaid addressed to the following:

| | |
|---|---|
| Michael D. Granston<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Division<br>P.O. Box 261<br>Washington, DC 20044 | Attorneys for Plaintiff, United States of America |
| Patricia L. Hanower<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Division<br>P.O. Box 261<br>Washington, DC 20044 | Attorneys for Plaintiff, United States of America |
| Vanessa I. Reed<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Division<br>P.O. Box 261<br>Washington, DC 20044 | Attorneys for Plaintiff, United States of America |
| John Radke<br>NELSON HARDIMAN LLP<br>11835 West Olympic Boulevard, Suite 900<br>Los Angeles, CA 90064 | Attorneys for Plaintiffs, Naser Arefi, Ajith Kumar, and Prime Healthcare Services |

Executed on October 4, 2024 at Incline Village, Nevada.

I hereby certify that I am a member of the Bar of the United States District Court, Northern District of California.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

／s／William K. Hanagami
William K. Hanagami