United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiffs,

v.

1850 BRYANT LAND LLC, et al.,

Defendants.

Case No.  21-cv-05742-RS

**ORDER GRANTING MOTION TO CONDITIONALLY WITHDRAW AS COUNSEL OF RECORD**

William K. Hanagami and Byron T. Ball (collectively, "Counsel") seek to withdraw as counsel of record for plaintiff and relator Leiasa Beckham ("Relator"). Good cause exists to grant their motion.

Counsel may conditionally withdraw as Relator's counsel of record as of December 2, 2024 to give Relator time to retain replacement counsel. Until December 2, 2024, Counsel will forward to Relator all documents served upon them in this action, unless and until Relator appears through replacement counsel on or before December 2, 2024. Counsel must notify Relator of this condition. Any filed consent by Relator to Counsel's withdrawal under these circumstances must include acknowledgment of this condition.

The deadlines in Initial Case Management Scheduling Order, Dkt. No. 90, and Judge Ryu's Order, Dkt. No. 112, are taken off-calendar.

**IT IS SO ORDERED**.

United States District Court
Northern District of California

1

2    Dated: November 15, 2024

3    _____

4    RICHARD SEEBORG
     Chief United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<< SHORT ORDER TITLE >>
CASE NO. 21-cv-05742-RS

2