UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America, ex rel. Leiasa Beckham, et al.,

Plaintiff,

v.

850 BRYANT LAND LLC, et al.,

Defendant.

Case No. 3:21-cv-05742 RS

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Leiasa Beckham, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Kenneth Frucht and Frederick J. Geonetta of Frucht & Geonetta LLP

Name(s) of counsel withdrawing from representation and firm name:

William K. Hanagami of Hanagami Law, APC, and Byron T. Ball of The Ball Firm

Date: December 2, 2024

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____    _____
                                                                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE