UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>1850 BRYANT LAND LLC, et al.,<br><br>Defendants. | Case No. 21-cv-05742-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual Case Management Conference on January 16, 2025. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE. The parties will meet with Magistrate Judge Ryu for an additional settlement conference on February 7, 2025.

2. DISCOVERY.

On or before July 18, 2025, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. DISCOVERY DISPUTES.

To the extent that a dispute arises regarding discovery, the issue is referred to Magistrate Judge Ryu.

4. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before August 15, 2025, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before September 12, 2025, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before October 3, 2025, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.     PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than October 30, 2025. The Court encourages the participation at oral argument of lawyers who are early in their professional career (*e.g.*, 0-10 years of experience).

6.     PRETRIAL CONFERENCE.

The final pretrial conference will be held on **January 7, 2026 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

7.     TRIAL DATE.

A jury trial shall commence on **January 20, 2026 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: January 17, 2025

_____
RICHARD SEEBORG
Chief United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 21-cv-05742-RS
2