UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>1850 BRYANT LAND LLC, et al.,<br><br>Defendants. | Case No. 21-cv-05742-RS<br><br>**AMENDED CASE MANAGEMENT SCHEDULING ORDER** |

IT IS HEREBY ORDERED THAT:

This case was referred to Magistrate Judge Tse for discovery disputes in November 2023. The previous scheduling order in this case, Dkt. No. 125, indicated that Magistrate Judge Ryu would handle discovery disputes. To clarify any confusion: to the extent that a dispute arises regarding discovery, the issue is referred to Magistrate Judge Tse.

**IT IS SO ORDERED**.

Dated: April 17, 2025

_____
RICHARD SEEBORG
Chief United States District Judge