UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>1850 BRYANT LAND LLC, et al.,<br><br>Defendants. | Case No. 21-cv-05742-RS (DMR)<br><br>**ORDER RE TELEPHONIC ATTENDANCE BY UNITED STATES AND STATE OF CALIFORNIA** |

The court will convene a further in-person settlement conference on June 13, 2025 at 10:00 a.m. in the Oakland courthouse. Counsel for the United States and for the State of California need not attend in person but must be available by telephone if needed.

**IT IS SO ORDERED.**

Dated: April 18, 2025

_____
DONNA M. RYU
Chief Magistrate Judge