1  DAVID CHIU, SBN 189542
   City Attorney
2  THOMAS S. LAKRITZ, SBN #161234
   MIGUEL A. GRADILLA, SBN #304125
3  KARUN TILAK, SBN #323939
   MOLLY J. ALARCON, SBN #315244
4  Deputy City Attorneys
   City Hall, Room 234
5  1 Dr. Carlton B. Goodlett Place
   San Francisco, CA  94102-4682
6  Telephone:    (415) 554-3870 (Gradilla)
                 (415) 554-3308 (Tilak)
7  Facsimile:    (415) 554-4699
   E-mail:       miguel.gradilla@sfcityatty.org
8                karun.tilak@sfcityatty.org

Attorneys for Defendants
SAN FRANCISCO COMMUNITY INVESTMENT FUND,
CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, and STATE OF CALIFORNIA, ex rel. LEIASA BECKHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>1850 BRYANT LAND LLC, KASLOFSKY & ASSOCIATES LLC, THURSTON KASLOFSKY, CHRISTOPHER PAUL FOLEY, DOUGLAS ROSS, SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY,<br><br>Defendants. | Case No. 3:21-cv-05742-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |

Pursuant to N.D. Cal. Civ. L.R. 6-2 and 7-12, Plaintiff-Relator Leiasa Beckham ("Plaintif") and Defendants 1850 Bryant Land LLC, Christopher Paul Foley, Douglas Ross, Kaslofsky & Associates LLC, Thurston Kaslofsky, San Francisco Community Investment Fund, City and County of San Francisco, and Naomi Kelly (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

**RECITALS**

WHEREAS, on November 16, 2023 the Court issued the Initial Case Management Order setting deadlines in this matter (Dkt. 98); and

WHEREAS, Defendants served discovery requests on Plaintiff and third parties in the months following the Initial Case Management Order; and

WHEREAS, the Parties engaged in settlement discussions in the summer of 2024 but were unable to reach a resolution; and

WHEREAS, Plaintiff's then counsel filed a motion to withdraw as counsel on October 4, 2024 (Dkt. 113); and

WHEREAS, on November 15, 2024 the Court granted Plaintiff's then counsel's conditional motion to withdraw as counsel (Dkt. 117); and

WHEREAS, on December 3, 2024 the Court granted Plaintiff's current counsel motion to substitute in as counsel (Dkt. 120); and

WHEREAS, on January 27, 2025 the Court issued the operative Case Management Scheduling Order which set multiple case deadlines, including the fact discovery cut-off on July 18, 2025 (Dkt. 125); and

WHEREAS, on June 12, 2025, Plaintiff-Relator Beckham's counsel served Rule 30(b)(6) deposition notices and Rule 34 requests for production on Defendants in this case; and

WHEREAS, despite their diligent efforts, Defendants are unable to fully respond to Plaintiff-Relator Beckham's discovery requests by the current July 18, 2025 fact discovery cut-off; and

WHEREAS, Plaintiff's counsel has trials scheduled in other matters in late September 2025 and in May 2026;

THEREFORE, Plaintiff and Defendants stipulate as follows:

1. The Parties have met and conferred and agree that an extension to the schedule will be necessary to allow sufficient time for ongoing fact discovery and to accommodate Plaintiff's counsel's upcoming trials in September 2025 and May 2026.

2. The Parties have met and conferred and have agreed to the following revisions to the case schedule:

| Event | Current Schedule | Proposed Revised Schedule |
|---|---|---|
| Close of Fact Discovery | July 18, 2025 | August 29, 2025 |
| Expert Disclosures | August 15, 2025 | November 7, 2025 |
| Rebuttal Expert Disclosures | September 12, 2025 | November 26, 2025 |
| Close of Expert Discovery | October 3, 2025 | December 19, 2025 |
| Deadline for Summary Judgment Motions | September 25, 2025 *(N.D. Cal. L.R. 7-2)* | February 6, 2026 |
| Deadline for Summary Judgment Opposition | October 9, 2025 *(N.D. Cal. L.R. 7-3)* | February 27, 2026 |
| Deadline for Summary Judgment Replies | October 16, 2025 *(N.D. Cal. L.R. 7-3)* | March 20, 2026 |
| Summary Judgment Motion Hearing | October 30, 2025 | April 9, 2026 |
| Pretrial Conference | January 7, 2026 | June 22, 2026 |
| Trial | January 20, 2026 | July 27, 2026 |

/ / /

/ / /

/ / /

**SO STIPULATED:**

Dated: July 10, 2025

DAVID CHIU
City Attorney
THOMAS S. LAKRITZ
MIGUEL A. GRADILLA
KARUN TILAK
MOLLY J. ALARCON
Deputy City Attorneys

By: /s/ Karun Tilak
KARUN TILAK

Attorneys for Defendants SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY

Dated: July 10, 2025

SEVERSON & WERSON

By: /s/ Andrew S. Elliott
ANDREW S. ELLIOTT
ELIZABETH C. FARRELL

Attorneys for Defendants 1850 BRYANT LAND LLC, CHRISTOPHER PAUL FOLEY AND DOUGLAS ROSS

Dated: July 10, 2025

JACKSON LAW GROUP, P.C.

By: /s/ Aaron R. Jackson
AARON R. JACKSON

Attorneys for Defendants KASLOFSKY & ASSOCIATES LLC and THURSTON KASLOFSKY

Dated: July 10, 2025

FRUCHT & GEONETTA LLP

By: /s/ Kenneth Frucht
KENNETH FRUCHT
FREDERICK J. GEONETTA

Attorneys for Plaintiff LEIASA BECKHAM

**IT IS SO ORDERED.**

DATED: _____

_____
HON. RICHARD SEEBORG
Judge, United States District Court

# CIVIL L.R. 5-1(h)(3) ATTESTATION

I, Karun Tilak, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signatures on the document.

Dated: July 10, 2025

DAVID CHIU
City Attorney
THOMAS S. LAKRITZ
MIGUEL A. GRADILLA
KARUN TILAK
MOLLY J. ALARCON
Deputy City Attorneys

By: /s/ Karun Tilak
KARUN TILAK

Attorneys for Defendants SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY