UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cv-05742-RS |
| Plaintiffs, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| 1850 BRYANT LAND LLC, et al., | |
| Defendants. | |

Due to the upcoming retirement of Chief Magistrate Judge Donna M. Ryu, the parties are hereby re-referred to a randomly assigned Magistrate Judge to conduct a settlement conference by February 19, 2026, or as soon thereafter as is convenient for the assigned Magistrate Judge.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated:  November 24, 2025

_____
RICHARD SEEBORG
Chief United States District Judge