DAVID CHIU, State Bar #189542
City Attorney
MIGUEL A. GRADILLA, State Bar #304125
KARUN A. TILAK, State Bar #323939
MOLLY J. ALARCON, State Bar #315244
MICHAEL I. LEVIN-GESUNDHEIT, State Bar #292930
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-3870 (Gradilla)
 (415) 355-3308 (Tilak)
 (415) 554-3894 (Alarcon)
 (415) 554-4240 (Levin-Gesundheit)
Facsimile: (415) 554-4644
E-mail: miguel.gradilla@sfcityatty.org
 karun.tilak@sfcityatty.org
 molly.alarcon@sfcityatty.org
 michael.levin@sfcityatty.org

Attorneys for Defendants
SAN FRANCISCO COMMUNITY INVESTMENT FUND,
CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, and STATE OF CALIFORNIA, ex rel. LEIASA BECKHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>1850 BRYANT LAND LLC, KASLOFSKY & ASSOCIATES LLC, THURSTON KASLOFSKY, CHRISTOPHER PAUL FOLEY, DOUGLAS ROSS, SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY,<br><br>Defendants. | Case No. 3:21-cv-05742-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Trial Date: July 27, 2026 |

Pursuant to N.D. Cal. Civ. L.R. 6-2 and 7-12, Plaintiff-Relator Leiasa Beckham ("Plaintiff") and Defendants 1850 Bryant Land LLC, Christopher Paul Foley, Douglas Ross, Kaslofsky & Associates LLC, Thurston Kaslofsky, San Francisco Community Investment Fund, City and County of San Francisco, and Naomi Kelly (collectively "Defendants"), by and through their undersigned counsel, hereby advise the Court and stipulate as follows:

WHEREAS, on November 16, 2023 the Court issued the Initial Case Management Scheduling Order setting deadlines in this matter (Dkt. 98); and

WHEREAS, the Parties engaged in settlement discussions in the summer of 2024 but were unable to reach a resolution; and

WHEREAS, Plaintiff's then counsel filed a motion to withdraw as counsel on October 4, 2024 (Dkt. 113), and the Court granted Plaintiff's current counsel's motion to substitute in as counsel on December 3 (Dkt. 120); and

WHEREAS, on January 27, 2025, the Court issued a Case Management Scheduling Order setting forth various case deadlines (Dkt. 125); and

WHEREAS, on June 12, 2025, Plaintiff Beckham's counsel served Rule 30(b)(6) deposition notices and Rule 34 requests for production on several Defendants in this case, and, despite their diligent efforts, Defendants were unable to fully respond to those requests by the then July 18, 2025 fact discovery cut-off; and

WHEREAS, Plaintiff's counsel had trials scheduled in other matters in late September 2025, making the then-operative expert discovery and summary judgment schedule infeasible; and

WHEREAS, on July 11, 2025, the Court entered a stipulated revised case schedule with an expert discovery deadline of December 19, 2025, and summary judgment deadline of February 6, 2026 (Dkt. 139); and

WHEREAS, Plaintiff and Defendant Kalsofsky & Associates have a dispute about a deposition of Mr. Kalsofsky; and

WHEREAS, this fall Plaintiff's lead counsel suffered a serious health event, necessitating time for recovery; and

WHEREAS, Defendants have granted Plaintiff until December 31, 2025, to supplement (or

stand on) Plaintiff's response to an interrogatory seeking identification of claims for payment related to 1850 Bryant; and

WHEREAS, Plaintiff's privilege log is outstanding; and

WHEREAS, the Parties agree that identification of actionable claims for payment of federal or state funds or identification of obligations to pay the federal or state governments in connection with the proposed property development at 1850 Bryant Street is a threshold issue that does not depend on expert discovery or any challenges to claims of privilege, though Plaintiff believes there are other avenues for liability and damages;

THEREFORE, to conserve the Parties' and Court's resources, particularly during Plaintiff's lead counsel's medical recovery:

1. The Parties agree to a briefing schedule for an early joint summary judgment motion by Defendants, of limited pages, addressing only whether there are actionable claims for payment from or obligations to pay the federal or state governments related to the 1850 Bryant project. This briefing schedule is laid out in the table below.

2. The Parties agree that, by agreeing to an early summary judgment motion on this threshold issue, Defendants do not waive the right to contest the remaining elements of Plaintiffs' causes of action (*e.g.*, scienter, materiality, etc.) in a subsequent dispositive motion (if necessary).

3. The Parties agree that expert discovery, namely, depositions of the Parties' disclosed expert witnesses, is stayed, and any other post-expert discovery case deadlines in the previous case schedule (Dkt. 139) are suspended.

4. The Parties agree that, should the Court deny Defendants' motion for summary judgment as to actionable claims for payment from or obligations to pay the federal or state governments related to the 1850 Bryant project, the Parties shall, within 14 days, submit a proposed schedule for expert discovery, dispositive motions on the remaining elements of Plaintiffs' causes of action, and trial.

| Event | Proposed Date | Page Limit |
|---|---|---|
| Defendants' Joint Motion for Summary Judgment regarding only whether there are actionable claims for payment from or obligations to pay the federal or state governments | March 20, 2026 | 18 |

| Plaintiff's Opposition | April 10, 2026 | 18 |
|---|---|---|
| Defendants' Joint Reply | May 1, 2026 | 10 |
| Hearing on Defendants' Joint Motion | ~~May 21, 2026~~ June 4, 2026 (or such time that is convenient for the Court) | n/a |

**SO STIPULATED.**

Dated: December 19, 2025            DAVID CHIU, City Attorney

By: */s/ Miguel A. Gradilla*
  MIGUEL A. GRADILLA
  KARUN TILAK
  MOLLY J. ALARCON
  MICHAEL I. LEVIN-GESUNDHEIT

Attorneys for Defendants
SAN FRANCISCO COMMUNITY
INVESTMENT FUND, CITY AND COUNTY
OF SAN FRANCISCO, and NAOMI KELLY

Dated: December 19, 2025            SEVERSON & WERSON
By: */s/ Andrew S. Elliott*
  ANDREW S. ELLIOTT
  ELIZABETH C. FARRELL

Attorneys for Defendants 1850 BRYANT LAND LLC,
CHRISTOPHER PAUL FOLEY AND DOUGLAS
ROSS

Dated: December 19, 2025            JACKSON LAW GROUP, P.C.

By: */s/ Aaron R. Jackson*
  AARON R. JACKSON

Attorneys for Defendants KASLOFSKY &
ASSOCIATES LLC and THURSTON KASLOFSKY

Dated: December 19, 2025            FRUCHT & GEONETTA LLP

By: */s/ Kenneth Frucht*
  KENNETH FRUCHT
  FREDERICK J. GEONETTA

Attorneys for Plaintiff LEIASA BECKHAM

**IT IS SO ORDERED.** AS MODIFIED.

DATED: December 19, 2025            _____
                                    HON. RICHARD SEEBORG
                                    Chief U.S. District Court Judge

STIP. TO MODIFY CASE SCHEDULE           4
CASE NO. 3:21-cv-05742-RS

4905-2311-8465, v. 2

# CIVIL L.R. 5-1(h)(3) ATTESTATION

I, Michael I. Levin-Gesundheit, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signatures on the document.

Dated: December 19, 2025

> DAVID CHIU
> City Attorney
>
> By: */s/ Michael Levin-Gesundheit*
>
> MIGUEL A. GRADILLA
> KARUN TILAK
> MOLLY J. ALARCON
> MICHAEL I. LEVIN-GESUNDHEIT
> Deputy City Attorneys
> Attorneys for Defendants
> SAN FRANCISCO COMMUNITY
> INVESTMENT FUND, CITY AND COUNTY
> OF SAN FRANCISCO, and NAOMI KELLY