DAVID CHIU, State Bar #189542
City Attorney
SARA J. EISENBERG, State Bar #269303
Chief of Complex & Affirmative Litigation
MIGUEL A. GRADILLA, State Bar #304125
KARUN A. TILAK, State Bar #323939
MOLLY J. ALARCON, State Bar #315244
MICHAEL I. LEVIN-GESUNDHEIT, State Bar #292930
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3870 (Gradilla)
Facsimile:     (415) 554-4644
E-mail:        miguel.gradilla@sfcityatty.org

Attorneys for Defendants
SAN FRANCISCO COMMUNITY INVESTMENT FUND,
CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, and STATE OF CALIFORNIA, ex rel. LEIASA BECKHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>1850 BRYANT LAND LLC, KASLOFSKY & ASSOCIATES LLC, THURSTON KASLOFSKY, CHRISTOPHER PAUL FOLEY, DOUGLAS ROSS, SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY,<br><br>Defendants. | Case No. 3:21-cv-05742-RS (DMR) (AGT)<br><br>**NOTICE OF SETTLEMENT; REQUEST TO SUSPEND CASE DEADLINES; [PROPOSED] ORDER**<br><br>Before:     Honorable Richard G. Seeborg<br>Place:      450 Golden Gate Avenue<br>            Courtroom 3 – 17th Floor<br>            San Francisco, CA 94102 |

**NOTICE OF SETTLEMENT; REQUEST TO SUSPEND CASE DEADLINES**

Defendants San Francisco Community Investment Fund, City and County of San Francisco, and Naomi Kelly (collectively, the "San Francisco Defendants") inform the Court that Relator and Defendants have reached a settlement in principle. The San Francisco Defendants respectfully request that all case deadlines, including summary judgment briefing deadlines, *see* ECF No. 146, be suspended, pending the Parties' final agreement. The San Francisco Defendants have conferred with Relator and the other Defendants, and they consent to this request.

The San Francisco Defendants also respectfully request leave to file a status report in 30 days if a stipulation of dismissal is not filed by that date.

Dated:  March 3, 2026

DAVID CHIU
City Attorney
SARA J. EISENBERG
Chief of Complex & Affirmative Litigation
MIGUEL A. GRADILLA
KARUN TILAK
MOLLY J. ALARCON
MICHAEL I. LEVIN-GESUNDHEIT
Deputy City Attorneys


By: */s/  Michael Levin-Gesundheit*

Attorneys for Defendants
SAN FRANCISCO COMMUNITY
INVESTMENT FUND, CITY AND COUNTY
OF SAN FRANCISCO, and NAOMI KELLY

# [PROPOSED] ORDER

IT IS ORDERED that all case deadlines, including the summary judgment briefing deadlines found in docket entry 146, be taken off calendar.

The Parties are authorized to file a status report in 30 days if a stipulation of dismissal has not been filed by that time.

DATED: _____

The Honorable Richard G. Seeborg
United States District Court Judge