1  DAVID CHIU, State Bar #189542
   City Attorney
2  SARA J. EISENBERG, State Bar #269303
   Chief of Complex & Affirmative Litigation
3  MIGUEL A. GRADILLA, State Bar #304125
   KARUN A. TILAK, State Bar #323939
4  MOLLY J. ALARCON, State Bar #315244
   MICHAEL I. LEVIN-GESUNDHEIT, State Bar #292930
5  Deputy City Attorneys
   City Hall, Room 234
6  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
7  Telephone:     (415) 554-3870 (Gradilla)
   Facsimile:     (415) 554-4644
8  E-mail:        miguel.gradilla@sfcityatty.org

9

10 Attorneys for Defendants
   SAN FRANCISCO COMMUNITY INVESTMENT FUND,
11 CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 | UNITED STATES OF AMERICA, *ex rel.* | Case No. 3:21-cv-05742-RS (DMR) (AGT) |
   LEIASA BECKHAM, and STATE OF
17 CALIFORNIA, ex rel. LEIASA BECKHAM,   | **NOTICE OF SETTLEMENT; REQUEST TO**
                                          **SUSPEND CASE DEADLINES; [PROPOSED]**
18         Plaintiffs,                    **ORDER**

19         vs.                            Before:      Honorable Richard G. Seeborg
                                          Place:       450 Golden Gate Avenue
20 1850 BRYANT LAND LLC, KASLOFSKY                     Courtroom 3 – 17th Floor
   & ASSOCIATES LLC, THURSTON                          San Francisco, CA 94102
21 KASLOFSKY, CHRISTOPHER PAUL
   FOLEY, DOUGLAS ROSS, SAN
22 FRANCISCO COMMUNITY
   INVESTMENT FUND, CITY AND
23 COUNTY OF SAN FRANCISCO, and
   NAOMI KELLY,

24         Defendants.

25

26

27

28

1

**NOTICE OF SETTLEMENT; REQUEST TO SUSPEND CASE DEADLINES**

2      Defendants San Francisco Community Investment Fund, City and County of San Francisco,

3  and Naomi Kelly (collectively, the "San Francisco Defendants") inform the Court that Relator and

4  Defendants have reached a settlement in principle. The San Francisco Defendants respectfully request

5  that all case deadlines, including summary judgment briefing deadlines, *see* ECF No. 146, be

6  suspended, pending the Parties' final agreement. The San Francisco Defendants have conferred with

7  Relator and the other Defendants, and they consent to this request.

8      The San Francisco Defendants also respectfully request leave to file a status report in 30 days

9  if a stipulation of dismissal is not filed by that date.

10

11  Dated:  March 3, 2026

12                                          DAVID CHIU
                                            City Attorney
13                                          SARA J. EISENBERG
                                            Chief of Complex & Affirmative Litigation
14                                          MIGUEL A. GRADILLA
                                            KARUN TILAK
15                                          MOLLY J. ALARCON
                                            MICHAEL I. LEVIN-GESUNDHEIT
16                                          Deputy City Attorneys

17

                                       By: */s/  Michael Levin-Gesundheit*
18
                                            Attorneys for Defendants
19                                          SAN FRANCISCO COMMUNITY
                                            INVESTMENT FUND, CITY AND COUNTY
20                                          OF SAN FRANCISCO, and NAOMI KELLY

21

22

23

24

25

26

27

28

4909-4813-1219

1

### [~~PROPOSED~~] ORDER

2    IT IS ORDERED that all case deadlines, including the summary judgment briefing deadlines

3  found in docket entry 146, be taken off calendar.

4    The Parties are authorized to file a status report in 30 days if a stipulation of dismissal has not

5  been filed by that time.

6

7  DATED:  March 5, 2026

_____

8    The Honorable Richard G. Seeborg
   Chief United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28