DAVID CHIU, State Bar #189542
City Attorney
SARA EISENBERG, State Bar # 269303
Chief of Complex and Affirmative Litigation
MIGUEL A. GRADILLA, State Bar #304125
KARUN A. TILAK, State Bar #323939
MOLLY J. ALARCON, State Bar #315244
MICHAEL I. LEVIN-GESUNDHEIT, State Bar #292930
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-3870 (Gradilla)
                (415) 355-3308 (Tilak)
                (415) 554-3894 (Alarcon)
                (415) 554-4240 (Levin-Gesundheit)
Facsimile:      (415) 554-4644
E-mail:         miguel.gradilla@sfcityatty.org
                karun.tilak@sfcityatty.org
                molly.alarcon@sfcityatty.org
                michael.levin@sfcityatty.org


Attorneys for Defendants
SAN FRANCISCO COMMUNITY INVESTMENT FUND,
CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, and STATE OF CALIFORNIA, ex rel. LEIASA BECKHAM, <br><br> Plaintiffs, <br><br> vs. <br><br> 1850 BRYANT LAND LLC, KASLOFSKY & ASSOCIATES LLC, THURSTON KASLOFSKY, CHRISTOPHER PAUL FOLEY, DOUGLAS ROSS, SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY, <br><br> Defendants. | Case No. 3:21-cv-05742-RS (PHK) (AGT) <br><br> **NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and the California False Claims Act, Cal. Gov't Code § 12652(c)(1), Plaintiff-Relator Leiasa Beckham, and Defendants 1850 Bryant Land LLC, Christopher Paul Foley, Douglas Ross, Kaslofsky & Associates LLC, Thurston Kaslofsky, San Francisco Community Investment Fund, City and County of San Francisco, and Naomi Kelly, respectfully request that this action be dismissed with prejudice as to Plaintiff-Relator Leiasa Beckham and without prejudice as to the United States of America and State of California.

Further, pursuant to 31 U.S.C. § 3730(b)(1) and California Government Code § 12652(c)(1), the dismissal of this action is subject to the consent of the United States, California, and the Court. The United States and California have each informed the Parties that they: (1) consent to the dismissal without prejudice to the United States and California, respectively; and (2) will file their consent in writing.

Dated:  March 30, 2026                    GEONETTA & FRUCHT LLP

                                          By:  /S/    *Frederick J. Geonetta*
                                          KENNETH FRUCHT
                                          FREDERICK J. GEONETTA
                                          Attorneys for Plaintiff LEIASA BECKHAM

Dated:  March 30, 2026                    DAVID CHIU
                                          San Francisco City Attorney

                                          By:  /S/    *Miguel A. Gradilla*
                                          MIGUEL A. GRADILLA
                                          Deputy City Attorney
                                          Attorneys for Defendants SAN FRANCISCO
                                          COMMUNITY INVESTMENT FUND, CITY AND
                                          COUNTY OF SAN FRANCISCO, and NAOMI KELLY

Dated:  March 30, 2026                    STINSON LLP

                                          By:  /S/    *Andrew S. Elliott*
                                          ANDREW S. ELLIOTT
                                          ELIZABETH C. FARRELL

Attorneys for Defendants 1850 BRYANT LAND LLC, CHRISTOPHER PAUL FOLEY, and DOUGLAS ROSS

Dated:  March 30, 2026                    JACKSON LAW GROUP, P.C.


                                          By:  /s/   *Aaron R. Jackson*
                                               _____
                                               AARON R. JACKSON
                                               Attorneys for Defendants KASLOFSKY &
                                               ASSOCIATES LLC and THURSTON KASLOFSKY

## CIVIL L.R. 5-1(h)(3) ATTESTATION

I, Miguel A. Gradilla, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signatures on the document.

Dated:  March 30, 2026

By: /s/    *Miguel A. Gradilla*
MIGUEL A. GRADILLA