BRETT A. SHUMATE
Assistant Attorney General

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      Facsimile: (415) 436-6748
      savith.iyengar@usdoj.gov

JAMIE ANN YAVELBERG
DANIEL W. KASTNER
Attorneys, Civil Division
United States Department of Justice

      175 N St. N.E.
      Washington, D.C. 20002-3371
      Telephone: (202) 307-0472
      daniel.w.kastner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*    ) | CASE NO. 3:21-cv-05742-RS |
|                     ) | |
|     Plaintiffs-Relators,      ) | **THE UNITED STATES OF AMERICA'S** |
|                     ) | **AND STATE OF CALIFORNIA'S NOTICE** |
|   v.                 ) | **OF CONSENT TO DISMISSAL** |
|                     ) | |
| 1850 BRYANT LAND LLC, *et al.*,    ) | **FILED UNDER SEAL** |
|                     ) | |
|     Defendants.         ) | |
|                     ) | |

      On March 30, 2026, Relator Leiasa Beckham ("Relator") and Defendants 1850 Bryant Land LLC, Christopher Paul Foley, Douglass Ross, Kaslofsky & Associates LLC, Thurston Kaslofsky, City and County of San Francisco, San Francisco Community Investment Fund, and Naomi Kelly ("Defendants") filed a Notice of Voluntary Dismissal Under Rule 41(a) of this action, ECF No. 152.

Pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(1), and California False Claims Act, Cal. Gov't Code § 12652(c)(1), the United States of America ("United States") and the State of California ("California") hereby notify the Court that the Attorney Generals of the United States and California consent to the dismissal of this action without prejudice to the United States or California, based on their determinations that such a dismissal is commensurate with the public interest.[1]

DATED: March 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

JAMIE ANN YAVELBERG
DANIEL W. KASTNER
Attorneys, Civil Division
United States Department of Justice

Attorneys for the United States

DATED: March 30, 2026

ROB BONTA
Attorney General of the State of California

***/s/ Frederick W. Acker*
FREDERICK W. ACKER
Supervising Deputy Attorney General

Attorneys for the State of California

** Pursuant to Civ. L.R. 5-1(h)(3), the filer of this document has obtained approval from this signatory.

---

[1] While the United States and California file this notice jointly, the United States does not represent California and files this notice jointly at its request.

NOTICE OF CONSENT TO DISMISSAL
3:21-cv-05742-RS