DAVID CHIU, State Bar #189542
City Attorney
SARA EISENBERG, State Bar # 269303
Chief of Complex and Affirmative Litigation
MIGUEL A. GRADILLA, State Bar #304125
KARUN A. TILAK, State Bar #323939
MOLLY J. ALARCON, State Bar #315244
MICHAEL I. LEVIN-GESUNDHEIT, State Bar #292930
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-3870 (Gradilla)
               (415) 355-3308 (Tilak)
               (415) 554-3894 (Alarcon)
               (415) 554-4240 (Levin-Gesundheit)
Facsimile:     (415) 554-4644
E-mail:        miguel.gradilla@sfcityatty.org
               karun.tilak@sfcityatty.org
               molly.alarcon@sfcityatty.org
               michael.levin@sfcityatty.org

Attorneys for Defendants
SAN FRANCISCO COMMUNITY INVESTMENT FUND,
CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, and STATE OF CALIFORNIA, ex rel. LEIASA BECKHAM,<br><br>    Plaintiffs,<br><br>    vs.<br><br>1850 BRYANT LAND LLC, KASLOFSKY & ASSOCIATES LLC, THURSTON KASLOFSKY, CHRISTOPHER PAUL FOLEY, DOUGLAS ROSS, SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY,<br><br>    Defendants. | Case No. 3:21-cv-05742-RS (PHK) (AGT)<br><br>**[PROPOSED] ORDER DISMISSING CASE FOLLOWING NOTICE OF CONSENT TO DISMISSAL BY THE UNITED STATES OF AMERICA AND CALIFORNIA** |

On March 30, 2026, Plaintiff-Relator Leiasa Beckham ("Plaintiff-Relator") and Defendants 1850 Bryant Land LLC, Christopher Paul Foley, Douglas Ross, Kaslofsky & Associates LLC, Thurston Kaslofsky, San Francisco Community Investment Fund, City and County of San Francisco, and Naomi Kelly filed a Notice of Voluntary Dismissal of this action. ECF No. 152. That same day, the United States of America and the State of California filed their notice of consent to dismissal of this action without prejudice to the rights of the United States or California, based on their determination that such a dismissal is commensurate with the public interest. ECF No. 153.

Pursuant to 31 U.S.C. § 3730(b)(1) and California Government Code § 12652(c)(1), the undersigned submits the proposed order below and respectfully requests that the Court issue it and dismiss this action.

Dated: March 30, 2026

DAVID CHIU
City Attorney
SARA EISENBERG
Chief of Complex and Affirmative Litigation
MIGUEL A. GRADILLA
KARUN TILAK
MOLLY J. ALARCON
MICHAEL I. LEVIN-GESUNDHEIT
Deputy City Attorneys

By: _Miguel A. Gradilla_
MIGUEL A. GRADILLA

Attorneys for Defendants
SAN FRANCISCO COMMUNITY
INVESTMENT FUND, CITY AND COUNTY
OF SAN FRANCISCO, and NAOMI KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, and STATE OF CALIFORNIA, ex rel. LEIASA BECKHAM,

    Plaintiffs,

vs.

1850 BRYANT LAND LLC, KASLOFSKY & ASSOCIATES LLC, THURSTON KASLOFSKY, CHRISTOPHER PAUL FOLEY, DOUGLAS ROSS, SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY,

    Defendants.

Case No. 3:21-cv-05742-RS (PHK) (AGT)

**[PROPOSED] ORDER**

Plaintiff-Relator Leiasa Beckham ("Plaintiff-Relator") and Defendants 1850 Bryant Land LLC, Christopher Paul Foley, Douglas Ross, Kaslofsky & Associates LLC, Thurston Kaslofsky, San Francisco Community Investment Fund, City and County of San Francisco, and Naomi Kelly, having filed a Notice of Voluntary Dismissal of this action, and the United States of America ("United States") and State of California having filed their Notice of Consent to Dismissal pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(1) and California False Claims Act, Cal. Gov't Code § 12652(c)(1), the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1.  This action is dismissed with prejudice as to Plaintiff-Relator and without prejudice as to the United States and the State of California; and

2.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: March      , 2026

_____

HON. RICHARD SEEBORG
Chief United States District Judge

[PROPOSED] ORDER DISMISSING CASE
FOLLOWING USA AND CAL. CONSENT
CASE NO. 3:21-cv-05742-RS (PHK) (AGT)