UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LEIASA BECKHAM, and STATE OF CALIFORNIA, ex rel. LEIASA BECKHAM, <br><br> Plaintiffs, <br><br> vs. <br><br> 1850 BRYANT LAND LLC, KASLOFSKY & ASSOCIATES LLC, THURSTON KASLOFSKY, CHRISTOPHER PAUL FOLEY, DOUGLAS ROSS, SAN FRANCISCO COMMUNITY INVESTMENT FUND, CITY AND COUNTY OF SAN FRANCISCO, and NAOMI KELLY, <br><br> Defendants. | Case No. 3:21-cv-05742-RS (PHK) (AGT) <br><br> [PROPOSED] ORDER |

Plaintiff-Relator Leiasa Beckham ("Plaintiff-Relator") and Defendants 1850 Bryant Land LLC, Christopher Paul Foley, Douglas Ross, Kaslofsky & Associates LLC, Thurston Kaslofsky, San Francisco Community Investment Fund, City and County of San Francisco, and Naomi Kelly, having filed a Notice of Voluntary Dismissal of this action, and the United States of America ("United States") and State of California having filed their Notice of Consent to Dismissal pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(1) and California False Claims Act, Cal. Gov't Code § 12652(c)(1), the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1.  This action is dismissed with prejudice as to Plaintiff-Relator and without prejudice as to the United States and the State of California; and

2.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED:  March 31, 2026

_____
HON. RICHARD SEEBORG
Chief United States District Judge

[PROPOSED] ORDER DISMISSING CASE
FOLLOWING USA AND CAL. CONSENT
CASE NO. 3:21-cv-05742-RS (PHK) (AGT)

3